UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OSCAR JIGGETTS,

                        Petitioner,        **ORDER**

    -against-                                20-CV-2689 (AJN) (JW)

ROYCE MARK,

                        Respondent.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On September 15, 2020, Magistrate Judge Kevin N. Fox issued a Memorandum and Order granting Petitioner's application to stay, and instructing Petitioner to return to the court within 60 days from the date on which his claim of ineffective assistance of counsel for failure to investigate his alibi becomes exhausted.

      Petitioner is requested to provide the court with an update on the status of his state court claim by **May 20, 2022**.

      The Clerk of Court is directed to mail a copy of this Order to the Petitioner.

      SO ORDERED.

DATED:    New York, New York
               March 22, 2022

                                                        *Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge