UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OSCAR JIGGETTS,

                       Petitioner,         **ORDER**

    -against-                                 20-CV-2689 (AJN) (JW)

ROYCE MARK,

                       Respondent.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 31, 2022, this Court received a letter from Petitioner providing an update on the status of his ineffective assistance of counsel claim. Dkt. No. 19. The Court thanks Petitioner for his letter, and notes for Petitioner's benefit that Judge Fox is no longer assigned to this case; Judge Willis will be handling it moving forward.

Judge Willis will continue with Judge Fox's order for Petitioner to return to the Court within 60 days from the date on which his claim of ineffective assistance of counsel for failure to investigate his alibi becomes exhausted.

      SO ORDERED.

DATED:    New York, New York
               June 7, 2022

                                                   */s/ Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge